# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Larry J. Brown

Case No. Civil 01-475 JRT/ESS

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Newstrand, Bartz, Koosman,
Leonard, O'Malley, Ronning
and O'Dell

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice. Plaintiff's application to proceed IFP is denied.

DATE: May 9, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk